AO 247 (10/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)     Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:02-cr-471-007 (TLW)</u> |
|  | ) | USM No: <u>99113-007</u> |
| -versus- | ) | <u>Pro se</u> |
|  | ) | Defendant's Attorney |
| Tyrone Wright | ) | |
|  | ) | |
| Date of Previous Judgment: <u>January 6, 2009</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u> ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **<u>DENIED</u>** <u>(Doc. # 611)</u>**.** This case does not qualify because the guidelines were the mandatory minimum.

**IT IS SO ORDERED**.

Order Date:     <u>September 5, 2012</u>               <u>s/ Terry L. Wooten</u>
                                                *Judge's signature*

Effective Date:                                 <u>Terry L. Wooten, United States District Judge</u>
*(if different from above)*